IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> *Defendant*. | Civil Action No. |



**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Teva Pharmaceuticals USA, Inc. hereby discloses that (1) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Ltd., Teva Pharmaceuticals Europe (Holland) and Teva Pharmaceutical Industries Ltd. (Israel); and (2) Teva Pharmaceutical Industries Ltd. is the only publicly-traded company that owns – through the aforementioned chain – 10% or more of Teva Pharmaceuticals USA, Inc.

Respectfully submitted,

Dated: April 17, 2007        By: _____
James Galbraith (JG4451)
Maria Luisa Palmese (MP5855)
Robert V. Cerwinski (RC6441)
Cynthia Lambert Hardman (CH2281)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
Fax: (212) 425-5288

*Counsel for Plaintiff,*
*TEVA PHARMACEUTICALS USA, INC.*