IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *Plaintiff*, v. ABBOTT LABORATORIES, *Defendant.* | Civil Action No. 07cv3101 (LBS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-07

[PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 26(c)(7), the Court finds that good cause exists for entry of a protective order to prevent disclosure of trade secret or other confidential research, development, or commercial information. Accordingly, IT IS HEREBY ORDERED THAT:

(1) Teva's Motion For Entry of Protective Order Permitting Teva to File Documents Under Seal is GRANTED, and

(2) Teva is permitted to file under seal: (1) its First Amended Complaint, and (2) the exhibits thereto.

DATED this ___ day of _____, 2007

_____
Honorable Leonard B. Sand
United States District Judge