UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TEVA PHARMACEUTICAL USA, INC.,          **Case No. 07 CV 3101(LBS)**
                          Plaintiff,    **AFFIDAVIT OF SERVICE**

          -against-

ABBOTT LABORATORIES,
                          Defendant.
------------------------------------X
STATE OF NEW YORK      )
                         S.S.:
COUNTY OF NEW YORK     )

   JASON AGEE, being duly sworn deposes and says that he is over the age of eighteen, is an employee of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 19th day of April, 2007, at approximately 3:22 p.m., deponent served a true copy of a Summons in a Civil Case, First Amended Complaint, Civil Cover Sheet, Plaintiff's Corporate Disclosure Statement, Judge Sand's Individual Practice Rules, Magistrate Judge Francis' Individual Practice Rules, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7,2004 upon Abbott Laboratories by their Registered Agent, The CT Corporation System at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Aixa Flores, Process Specialist who informed deponent that she is authorized to accept service on behalf of Abbott Laboratories.

   Aixa Flores is a Hispanic female approximately 44 years of age, stands approximately 5 feet, 9 inches tall, weighs approximately 125 pounds with long black hair, dark eyes and was wearing glasses at the time of service.


_____
JASON AGEE #1196790

Sworn to before me this
20th day of April, 2007.


_____
     **JOHN J. WALKER**
  **Notary Public, State of New York**
    **Reg. No. 01-WA-4851557**
    **Qualified in Queens County**
 **Certificate Filed in New York County**
**Commission expires February 17, 2010**