### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

TEVA PHARMACEUT ICALS USA, INC.,

*Plaintiff,*

v.

ABBOTT LABORATORIES,

*Defendant.*

Civil Action No. 07cv3101 (LBS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-07
```

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 26(c)(7), the Court finds that good cause exists for entry of a protective order to prevent disclosure of trade secret or other confidential research, development, or commercial information. Accordingly, IT IS HEREBY ORDERED THAT:

(1)    Teva USA's Motion For Entry of Protective Order Permitting Teva USA to

File Documents Under Seal is GRANTED, and

(2)    Teva is permitted to file under seal its Reply in Support of its Motion for an

Injunction Against Abbott Laboratories.

DATED this 2 Y day of April ,2007

_____
United States District Judge