IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TEVA PHARMACEUTICALS USA, INC.,

    Plaintiff

v.

ABBOTT LABORATORIES,

    Defendant.

Case No. 07 Civ. 3101 (LBS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-07

[PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 26(c)(7), the Court finds good cause exists for the entry of a protective order to prevent disclosure of trade secret or other confidential research, development, or commercial information. Accordingly, IT IS HEREBY ORDERED THAT:

(1) Abbott's Motion for Entry of a Protective Order permitting Abbott to file under seal its Opposition to Teva Pharmaceuticals, U.S.A., Inc.'s (Teva) Emergency Motion for a Temporary Restraining Order is GRANTED, and

(2) Abbott is permitted to file under seal: (1) its Opposition to Teva Pharmaceuticals, U.S.A., Inc.'s Emergency Motion for a Temporary Restraining Order, and (2) the accompanying Declaration of Jeffrey I. Weinberger.

Dated this 24 day of April, 2007

_____
United States District Judge