USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEVA PHARMACEUTICALS USA, INC.,

    Plaintiff,

v.

ABBOTT LABORATORIES,

    Defendant.

Civil Action No. 07cv3101 (LBS)

**CONFIDENTIAL**
**FILED UNDER SEAL**

*[Handwritten margin notes: Keenan, J / Part I / Endorsement / After briefing and argument the motion is denied / So ordered / M Sand USDJ / 4/24/07]*

## ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER

Upon the annexed declaration of James Galbraith, with exhibits thereto, it is hereby

ORDERED that Defendant Abbott Laboratories ("Abbott") show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on *April 24, 2007* at *10 AM*, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Abbott during the pendency of this action from pursuing equitable relief in another forum with respect to the subject matter of this action; and it is further

~~ORDERED that, sufficient reason having been shown therefor, pending the hearing of Teva Pharmaceuticals USA, Inc.'s application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Abbott is temporarily restrained and enjoined from pursuing equitable relief in another forum with respect to the subject matter of this action; and it is further~~ *JFK*

ORDERED that personal or electronic service of a copy of this Order and annexed declaration upon Abbott or its counsel on or before *April 20 at 5:30 PM*, shall be deemed good and sufficient service thereof.

Dated: April *20*, 2007 *4 PM*

                                   /s/ John F. Keenan
                                   United States District Judge
                                   *Part I*

*[Handwritten note at bottom: Security in the amount of $_____ will be posted]*