USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-24-07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEVA PHARMACEUTICALS USA, INC.,

    *Plaintiff,*

    v.

ABBOTT LABORATORIES,

    *Defendant.*

Civil Action No. 07cv3101 (LBS)

**CONFIDENTIAL**
**FILED UNDER SEAL**

*Endorsement*
*After briefing*
*and argument the*
*motion to*
*denied*
*so ordered*
*M Sand*
*USDJ*
*4/24/07*

## ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER

Upon the annexed declaration of James Galbraith, with exhibits thereto, it is hereby

ORDERED that Defendant Abbott Laboratories ("Abbott") show cause before a motion

term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City,

County and State of New York, on *April 24, 2007* at *10 AM*, or as soon thereafter as

counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal

Rules of Civil Procedure enjoining Abbott during the pendency of this action from pursuing

equitable relief in another forum with respect to the subject matter of this action; and it is further

~~ORDERED that, sufficient reason having been shown therefor, pending the hearing of~~

~~Teva Pharmaceuticals USA, Inc.'s application for a preliminary injunction, pursuant to Rule 65,~~

~~Fed. R. Civ. P., Abbott is temporarily restrained and enjoined from pursuing equitable relief in~~

~~another forum with respect to the subject matter of this action; and it is further~~

ORDERED that personal or electronic service of a copy of this Order and annexed

declaration upon Abbott or its counsel on or before *April 20* at *5:30 PM*, shall be

deemed good and sufficient service thereof.

Dated:   April 20, 2007 *4 PM*

_____
United States District Judge

*Part 1*

*Security in the amount of $ _____, will be posted*

*by _____.*