SAND, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TEVA PHARMACEUTICALS USA, INC.,

*Plaintiff,*

v.

ABBOTT LABORATORIES,

*Defendant.*

Civil Action No. 07 Civ. 3101 (LBS)
ECF case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-07

NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Teva Pharmaceuticals USA, Inc., hereby dismisses its Complaint and First Amended Complaint in the above-captioned action.

Dated: May 7, 2007

KENYON & KENYON LLP

By: _____
James Galbraith (JG4451)
Maria Luisa Palmese (MP5855)
Robert V. Cerwinski (RC6441)
Cynthia Lambert Hardman (CH2281)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
Fax: (212) 425-5288

Counsel for Plaintiff,
Teva Pharmaceuticals USA, Inc.

SO ORDERED:

_____
U.S.D.J.